**No. 46217.**—Protest 549903–G of Tuey Chinese Herb Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Abstract 42588 the merchandise in question was held dutiable at 3 cents per pound under paragraph 762 as claimed.

**No. 46218.**—Protests 13988-K, etc., of Eastern Grocery Co. et al. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) bok hop, hoi shin lien, hoi pak lien, sui sat, wai san (stick form), sar sum (uncut) lo hon qua, yuen yuk, and mok qua (not sliced) were held entitled to free entry as crude drugs under paragraph 1669 and certain of the vegetables, prepared, dutiable at 10 percent under paragraph 34 as drugs advanced.

**No. 46219.**—Protest 36723–K of T. H. Lung Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Furuya* (7 Ct. Cust. Appls. 495, T. D. 37109) the dried edible seaweed in question was held entitled to free entry under paragraph 1722 as claimed.

**No. 46220.**—Protest 48515–K of Mme. Beatrice Lever (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise was held not subject to the assessment of countervailing duties. The protest was therefore sustained to that extent.

**No. 46221.**—Protests 41000–K, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that the wine in question is of the same character as that passed upon in *Columbia Co.* v. *United States* (5 Cust. Ct. 175, C. D. 395) and therefore not subject to assessment as distilled spirits under the internal revenue law.